FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Kevin Robert Scott,<br><br>    Defendant. | Case No.: 2:10-CR-486 MEMF<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        ( )    information in the Pretrial Services Report and Recommendation

        ( )    information in the violation petition and report(s)

        ( )    the defendant's nonobjection to detention at this time

        ( )    other: _____

1        and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the safety
4        of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c). This finding is based on the following:
6        (X)   information in the Pretrial Services Report and Recommendation
7        (X)   information in the violation petition and report(s)
8        ( )   the defendant's nonobjection to detention at this time
9        ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: May 6, 2022

                                            SHERI PYM
                                            United States Magistrate Judge