```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                       AUG 18 2025

                  CENTRAL DISTRICT OF CALIFORNIA
                  EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00486-MEMF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Kevin Robert Scott | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

1     The court concludes:

2  A.   (✓)  Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           – He will comply with his conditions. Nature
6           and extent of the underlying allegations,
7           including attempted deceipt of probation
8           and continued access and possession
9           of prohibited material.

10 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _____
13          _____
14          _____
15          _____
16
17     IT IS ORDERED that defendant be detained.
18
19 DATED: 8/18/25
20
21
22
23                              _____
                                DAVID T. BRISTOW
24                              UNITED STATES MAGISTRATE JUDGE

2